# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

─────────────

No. 08-2896

─────────────

Michael E. McKinzy, Sr.,          *

                            *

          Appellant,     *

                            *   Appeal from the United States

        v.            *   District Court for the Western

                            *   District of Missouri

Union Pacific Railroad Co.,    *

                            *

          Appellee.     *

─────────────

Submitted: April 14, 2009
Filed: June 15, 2009

─────────────

Before LOKEN, Chief Judge, and COLLOTON, Circuit Judge, and ROSENBAUM,[1] District Judge.

ROSENBAUM, District Judge

     Michael E. McKinzy appeals the district court's grant of summary judgment to the Union Pacific Railroad Company. For the reasons set forth in the order issued by the district court,[2] we affirm. <u>See</u> 8th Cir. R. 47B.

────────────────────────────

─────────────

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, sitting by designation.

[2]The Honorable Greg Kays, United States District Court, Western District of Missouri.